BENJAMIN B. WAGNER
United States Attorney
KIMBERLY A. SANCHEZ
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California  93721
Telephone: (559) 497-4000



FILED
NOV 17 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

SEALED

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | 1:11 CR 00403 AWI |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | ORDER RE: EX PARTE MOTION TO SEAL INDICTMENT PURSUANT TO RULE 6(e), FEDERAL RULES OF CRIMINAL PROCEDURE |
| NOLIS PORCHIA, ET AL. | ) | |
| Defendant. | ) | |

Pursuant to the motion by the United States, IT IS HEREBY ORDERED that the Indictment filed herein is sealed.

DATED: 11/17/11

_____
U.S. MAGISTRATE JUDGE