BENJAMIN B. WAGNER
United States Attorney
KIMBERLY A. SANCHEZ
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

FILED
JAN 2 6 2012
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 1:11-cr-403 AWI |
| Plaintiff, ) | |
| ) | ORDER RE: MOTION TO UNSEAL |
| v. ) | INDICTMENT |
| ) | |
| NOLIS PORCHIA, ) | |
| DAVIER POCHIA, and ) | |
| MACLIVIO ONTIVEROS ) | |
| ) | |
| Defendant. | |

Pursuant to the motion by the United States, IT IS HEREBY ORDERED that the Indictment filed on November 17, 2011 be unsealed.

DATED: 1/26/2012

_____
U.S. MAGISTRATE JUDGE

2