DANIEL J. BRODERICK, #89424
Federal Defender
ANN H. VORIS, Bar #100433
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
NOLIS PORCHIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>NOLIS PORCHIA, et al.<br><br>　　　　　Defendant. | No. 1:11-cr-0403 AWI / DLB<br><br>STIPULATION TO CONTINUE MOTIONS HEARING; ORDER<br><br>Date:  May 14, 2012<br>Time:  1:00 p.m.<br>Judge: Hon. Dennis L. Beck |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the motions hearing in the above-captioned matter now set for April 9, 2012, **may be continued to May 14, 2012 at 1:00 p.m.** before the Honorable Magistrate Judge Dennis L. Beck.

　　　　This reason for the continuance is that counsel will be unavailable and to allow more time for plea negotiations and for investigation. This continuance will conserve time and resources for both parties and the court.

///

///

///

///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (B)(ii), and (iv).

                                                BENJAMIN B. WAGNER
                                                United States Attorney

DATED: April 5, 2012                                    By:   /s/ *Kimberly Sanchez*
                                                                  KIMBERLY SANCHEZ
                                                                  Assistant United States Attorney
                                                                   Attorney for Plaintiff

                                                DANIEL J. BRODERICK
                                                Federal Defender

DATED: April 5, 2012                                  By:   /s/ *Ann H. Voris*
                                                                  ANN H. VORIS
                                                                Assistant Federal Defender
                                                               Attorney for Defendant
                                                               Nolis Porchia

DATED: April 5, 2012                                  By:   /s/ *Jon K. Renge*
                                                                   JON K. RENGE
                                                                Attorney for Defendant
                                                               Davier Porchia

## O R D E R

Time is excluded pursuant to §§ 3161(h)(7)(A), (B)(ii), and (iv).

IT IS SO ORDERED.

      **Dated:   April 6, 2012**                     **/s/ Dennis L. Beck**
                                                            UNITED STATES MAGISTRATE JUDGE