```
1  BENJAMIN B. WAGNER
   United States Attorney
2  KIMBERLY A. SANCHEZ
   Assistant U.S. Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559)497-4000
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:11-CR-00403 AWI-DLB |
| Plaintiff, | STIPULATION AND ORDER FOR CONTINUANCE OF STATUS CONFERENCE |
| v. | |
| DAVIER PORCHIA, and NOLIS PORCHIA, | |
| Defendants. | |

   IT IS HEREBY STIPULATED by and between Benjamin B. Wagner, United States Attorney and Kimberly A. Sanchez, Assistant U.S. Attorney and Jon Kyoshi Renge, attorney for Davier Porchia, and Ann Voris, attorney for Nolis Porchia, that the status conference set for May 14, 2012 at 1:00 pm be continued to June 11, 2012 at 1:00 pm. The undersigned Assistant U.S. Attorney has a family crisis for which she needs to travel out of state and will not be available on May 14, 2012.  The parties discussed requesting that the hearing be scheduled for May 29, 2012, but due to scheduling conflicts of defense counsel, including training, we agreed upon a requested date of June 11, 2012. The parties further request the Court to enter an Order finding that the "ends of justice" served by a continuance outweigh the interest

1

of the public and the defendant in a speedy trial, and that the delay occasioned by such continuance is excluded from the Act's time limits pursuant to 18 U.S.C. § 3161(h)(7)(A).

Dated: May 3, 2012                    Respectfully submitted,

                                                     BENJAMIN B. WAGNER
                                                   United States Attorney

                                          By    /s/ Kimberly A. Sanchez
                                                KIMBERLY A. SANCHEZ
                                                Assistant U.S. Attorney

Dated: May 3, 2012                    /s/ Jon Kyoshi Renge
                                                JOHN KYOSHI RENGE
                                                Attorney for Davier Porchia

Dated: May 3, 2012                    /s/ Ann Voris
                                                ANN VORIS
                                                Attorney for Nolis Porchia

    For the reasons set forth above, the continuance requested by the parties is granted for good cause and time is excluded under the Speedy Trial Act from May 14, 2012 to, and including, June 11, 2012, based upon the Court's finding that the ends of justice outweigh the public's and the defendant's interest in a speedy trial. 19 U.S.C. § 3161(h)(7)(A).

    IT IS SO ORDERED.

       **Dated:   May 10, 2012**                    **/s/ Dennis L. Beck**
                                                          UNITED STATES MAGISTRATE JUDGE