DANIEL J. BRODERICK, #89424
Federal Defender
ANN H. VORIS, Bar #100433
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
NOLIS PORCHIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        *Plaintiff*,<br><br>   v.<br><br>NOLIS PORCHIA, et al.<br><br>        *Defendant*. | No. 1:11-cr-0403 AWI / DLB<br><br>STIPULATION TO CONTINUE CHANGE OF PLEA HEARING;  ORDER<br><br>Date:  September 4, 2012<br>Time:  10:00 a.m.<br>Judge: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the Change of Plea in the above-captioned matter may be heard on September 4, 2012 at 10:00 a.m. before the Honorable Anthony W. Ishii, Chief District Court Judge.

This reason for the continuance is that counsel are still in plea negotiations and this is a global agreement. This continuance will conserve time and resources for both parties and the court.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (B)(ii), and (iv).

///

```
                                          BEN WAGNER
                                          United States Attorney

DATED:  August 2, 2012         By:    /s/ Kimberly Sanchez
                                      KIMBERLY SANCHEZ
                                      Assistant United States Attorney
                                      Attorney for Plaintiff


                                      DANIEL J. BRODERICK
                                      Federal Defender


DATED:  August 2, 2012         By:    /s/ Ann H. Voris
                                      ANN H. VORIS
                                      Assistant Federal Defender
                                      Attorney for Defendant
                                      Nolis Porchia




DATED:  August 2, 2012         By:    /s/ Jon K. Renge
                                      JON K. RENGE
                                      LAW OFFICE OF JON K. RENGE
                                      Attorney for Defendant
                                      Davier Porchia
```

**O R D E R**

**IT IS SO ORDERED.**  Time is excluded pursuant to §§ 3161(h)(7)(A), (B)(ii), and (iv).

IT IS SO ORDERED.

Dated:   August 2, 2012                                          _____
                                                                 CHIEF UNITED STATES DISTRICT JUDGE